UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV20-00149 JAK (JEMx) | Date | October 26, 2021 |
| Title | Dasan Trading, Co., Ltd. v. Va Va Voom et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| T. Jackson | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER RE PLAINTIFF'S MOTION TO DISMISS CASE PURSUANT TO Fed. R. Civ. P. 41(a)(2) (DKT. 43)   JS-6

On January 6, 2020, Dasan Trading, Co., Ltd. ("Plaintiff") brought this action against Va Va Voom and Dese Enterprise, Inc. (collectively, "Defendants"), alleging violations under the Copyright Act of 1976, 17 U.S.C. § 101 *et seq.* Dkt. 1.

On July 15, 2021, Plaintiff filed a motion to dismiss the case pursuant to Fed. R. Civ. P. 41(a)(2). Dkt. 43 (the "Motion"). On August 19, 2021, Defendant filed an opposition. Dkt. 45.

Based on a review of the parties' briefing, the Motion is **GRANTED**, without prejudice to a motion by Defendants for an award of attorney's fees. The determination to permit the filing of such a motion does not reflect an assessment of the merits, if any, of such a motion.

**IT IS SO ORDERED.**

                                                                                                                                                  :

Initials of Preparer     tj